FILED
Oct 29, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MCGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYMOND HOLCOMB BREWER,<br><br>    Defendant. | CASE NO. 1:20-cr-00198 -NONE-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 29, 2020, charging the above defendant with 18 U.S.C. § 1343 - Wire Fraud (Nine Counts); 18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft (One Count); 18 U.S.C. § 1956(a)(1)(B)(i) - Money Laundering (Six Counts); 18 U.S.C. 1957 - Money Laundering (Eight Counts); 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c) - Criminal Forfeiture be kept secret until the defendant named in this Indictment is either in custody or have been given bail on these offenses; and further order

1 that until such time as the defendant is in custody or have been
2 given bail, that no person shall disclose the findings of the
3 Indictment or any warrants issued pursuant thereto, except when
4 necessary for the issuance and execution of the warrant.

DATED: October 29, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By  /s/JOSEPH BARTON
JOSEPH BARTON
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: October 29, 2020

*B. McAuliffe*
U.S. Magistrate Judge