UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>         v.<br><br>RAYMOND HOLCOMB BREWER,<br><br>                           Defendant. | CASE NO. 1:20-CR-00198 -NONE-SKO<br><br>**UNSEALING ORDER** |

Good cause appearing due to the defendant's pending initial appearance, it is hereby ordered that the Indictment, Arrest Warrant, Search Warrant, and related court filings in the above case be UNSEALED.

IT IS SO ORDERED.

Dated:   **November 12, 2020**         /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE