# UNITED STATES DISTRICT COURT

Eastern District of California

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| RAYMOND HOLCOMB BREWER | Case No. *1:20-CR-00198-NONE-SKO |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | Same As Above | 1:20-CR-00198-NONE-SKO | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

  X  Indictment  _____ Information  _____ Complaint  _____ Other (specify) Click here to enter text.

**charging a violation of**    18USC    **U.S.C. §**    1343

**DISTRICT OF OFFENSE**   Eastern District of California/Fresno Division

**DESCRIPTION OF CHARGES:**
Wire Fraud

**CURRENT BOND STATUS:**

_____ Bail fixed at $_____ and conditions were not met
  X  Government moved for detention and defendant detained after hearing in District of Arrest
_____ Government moved for detention and defendant detained pending detention hearing in District of Offense
_____ Other (specify)

**Representation**   _____ Retained Own Counsel   X  Federal Defender Organization   _____ CJA Attorney   _____ None

**Interpreter Required?**    x  No   _____ Yes    Language: _____

**DISTRICT OF**   CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

*[signature: Allison Clare]*

December 10, 2020
Date                                                              United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |