MCGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>            v.<br><br>RAYMOND HOLCOMB BREWER<br><br>                         Defendant. | CASE NO. 1:20-CR-00198-NONE-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: February 17, 2021<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for February 17, 2021, may be continued until May 5, 2021, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The United States has produced initial discovery and defense counsel has further investigation to perform.   The parties agree that time under the Speedy Trial Act shall be excluded through May 5, 2021, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

   ///

   ///

   ///

STIPULATION AND ORDER                                         1

IT IS SO STIPULATED.

Dated:  February 5, 2021                                McGREGOR W. SCOTT
                                                       United States Attorney

                                                       */s/ JOSEPH BARTON*
                                                       JOSEPH BARTON
                                                       Assistant United States Attorney


Dated:  February 5, 2021                               */s/ MICHAEL BERDINELLA*
                                                       MICHAEL BERDINELLA
                                                       Counsel for Ray H. Brewer


## ORDER

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for February 17, 2021, is continued until May 5, 2021, at 1:00 p.m., before the Hon. Sheila K. Oberto.  The period through May 5, 2021, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **February 5, 2021**                          /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE