MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: attyberdinella@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant
Ray Brewer

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00198-JLT-SKO |
| Respondent/Plaintiff, | ORDER TO SEAL DOCUMENTS |
| vs. | |
| RAY BREWER, | |
| Defendant. | |

Upon application of the Defendant Ray Brewer, through Counsel, and good cause being show as set forth in Defendant's Request To Seal at Docket ,

IT IS HEREBY ORDERED that Exhibit D (Docket # 39) in support of Mr. Brewer's February 4, 2022 Response to the Governement's Opposition to Bail Review Motion (Docket #38), shall be SEALED until ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:  **February 7, 2022**         /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE