PHILLIP A. TALBERT
United States Attorney
JOSEPH BARTON
HENRY Z. CARBAJAL III
ALYSON A. BERG
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND BREWER,<br><br>Defendant. | CASE NO. 1:20-CR-00198-JLT-BAM<br><br>JOINT STIPULATION AND ORDER EXTENDING THE UNITED STATES' DEADLINE TO FILE AN OPPOSITION TO LC EQUITY GROUP, INC.'S MOTION FOR ORDER EXPUNGING LIS PENDENS (Doc. 32)<br><br>Date: TBD<br>Time: TBD<br>Courtroom: TBD |

On October 29, 2020, defendant Raymond Brewer was charged by indictment with wire fraud (Counts One through Nine – 18 U.S.C. § 1343), aggravated identity theft (Count Ten - 18 U.S.C. § 1028(A)(a)(1)), and money laundering (Counts Eleven through Sixteen - 18 U.S.C. § 1956(a)(1)(B)(i) and Counts Seventeen through Twenty-Four 18 U.S.C. § 1957). Doc 1. The indictment sought forfeiture of Brewer's interest in all property which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343, and any property involved in or traceable to a violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 1957. *Id.*, Forfeiture Allegation. That property included the following:

  a. Real property located at Lot 1 Mountain View Road, Montana, Madison County, APN: 25-0506-13-1-01-05-0000;

  b. Real property located at 804B E. Worth Avenue, Porterville, Tulare

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING THE UNITED STATES' DEADLINE TO FILE AN OPPOSITION TO LC EQUITY GROUP, INC.'S MOTION FOR ORDER EXPUNGING LIS PENDENS

1

County, California, APN: 271-060-019-000.

On November 18, 2020, the United States recorded its Lis Pendens Notice of Pending Action with the Tulare County Recorder's Office against the property that is the subject of this motion. *See* Doc. 19. The United States provided notice by certified mail to the individuals or entities on title to the real property, one of whom is LC Equity Group. *See* Doc. 19 at p. 7. On May 25, 2021, the United States filed its recorded lis pendens in this case. Doc. 19.

On January 27, 2022, LC Equity Group, Inc. filed a motion for order expunging the lis pendens. Doc. 32. A hearing date has not yet been set by the court. Counsel for the United States and counsel for LC Equity Group previously met and conferred regarding the Motion and agreed to extend the time for the United States to oppose the Motion while the parties engaged in discussions regarding the Motion. Based on the agreement of counsel, the Court approved a stipulation extending the deadline for the United States to February 24, 2020. Doc. 37. Counsel again met and conferred and jointly request that the deadline for the United States to oppose the Motion be extended for two weeks as the parties are continuing their meeting and conferring to resolve the issues without court intervention. Accordingly, with the Court's approval, the United States and LC Equity Group, Inc. hereby stipulate and agree that the United States' deadline for filing the Opposition to the Motion be extended to March 10, 2022.

Dated: February 24, 2022                                  PHILLIP A. TALBERT
                                                          United States Attorney

                                                    By:   /s/ Alyson A. Berg
                                                          JOSEPH BARTON
                                                          HENRY Z. CARBAJAL III
                                                          ALYSON A. BERG
                                                          Assistant United States Attorneys


Dated: February 23, 2022                            By:   /s/ Richard J. Reynolds
                                                          RICHARD J. REYNOLDS
                                                          Attorney for LC Equity Group, Inc.
                                                          (Original signature retained by attorney)

///

///

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING THE
UNITED STATES' DEADLINE TO FILE AN OPPOSITION TO LC                    2
EQUITY GROUP, INC.'S MOTION FOR ORDER EXPUNGING LIS
PENDENS

# **ORDER**

Before this Court is the United States' stipulated request for an order extending the opposition to March 10, 2022, as proposed by the parties. The proposed filing date is adopted herein.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **February 24, 2022**

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING THE UNITED STATES' DEADLINE TO FILE AN OPPOSITION TO LC EQUITY GROUP, INC.'S MOTION FOR ORDER EXPUNGING LIS PENDENS

3