PHILLIP A. TALBERT
United States Attorney
JOSEPH BARTON
ALYSON A. BERG
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff, United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00198-JLT-BAM |
|---|---|
| Plaintiff, | **EX PARTE MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON** |
| v. | |
| RAYMOND HOLCOMB BREWER, | [No Hearing Requested] |
| Defendant. | |

The United States hereby moves for an order authorizing payment(s) into the court's deposit fund pending the outcome of this case. This Motion is based on the following grounds:

1. On October 29, 2020, Raymond Holcomb Brewer (the "Defendant") was indicted on nine counts of wire fraud (18 U.S.C. § 1343), one count of aggravated identity theft (18 U.S.C. § 1028A(a)(1)), six counts of money laundering (18 U.S.C. § 1956(a)(1)(B)(i), and eight counts of money laundering (28 U.S.C. § 1957). Dckt. 1.

2. No plea agreement has been entered and no trial has been set. *See* Docket.

3. Certain assets in which the Defendant may have an interest may be subject to forfeiture and/or restitution.

4. To prevent the potential dissipation of the assets while the case is pending, the United States requests that the Court enter an order that:

1  (a) Directs the Clerk of the Court to accept all payments (the "Deposit") on account of this case as specified in the accompanying order; and

2  (b) Directs the Clerk of the Court to hold the funds in the Court's deposit fund until further order of the Court to be held as the *sub res* for specific property subject to forfeiture in the criminal case.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: March 17, 2022         By:    */s/ Alyson A. Berg*
                                     ALYSON A. BERG
                                     JOSEPH D. BARTON
                                     Assistant United States Attorneys

2

**O R D E R**

The Court, having reviewed the court files and the United States *Ex Parte* Motion for Deposit of Funds into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. The Clerk of the Court shall accept all payments (the "Deposit") on account of this case.

2. Payment(s) shall be made payable to the "Clerk of Court" and should state the case name and number (**US v. Brewer, Case No. 1:20-CR-00198-JLT-BAM**) in the note section of the check. The payment(s) shall be delivered to:

> OFFICE OF THE CLERK
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

3. Upon receipt, the Clerk shall promptly DEPOSIT the payment(s) into the Court's deposit fund.

4. The Clerk shall hold the funds in the Court's deposit fund until further order of this Court.

IT IS SO ORDERED.

Dated: **March 17, 2022**

Distr UNITED STATES DISTRICT JUDGE rt

3