PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00198-JLT-BAM |
|---|---|
| Plaintiff, | STIPULATION (1) RE UNITED STATES' NON-OPPOSITION TO DEFENDANT'S MOTION TO DEEM CASE COMPLEX AND (2) TO CONTINUE STATUS THE CONFERENCE; AND ORDER |
| v. | |
| RAYMOND HOLCOMB BREWER, | DATE: May 11, 2022<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |
| Defendant. | |

IT IS HEREBY STIPULATED that the United States does not oppose the defendant's motion to deem this case unusual and complex. See Dkt. 56.

IT IS FURTHER STIPULATED that the Status Conference scheduled for May 11, 2022, at 1:00 p.m., may be continued until September 14, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform in this case. The parties agree that time under the Speedy Trial Act shall be excluded through September 14, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  May 4, 2022         /s/ Peter Jones
                            PETER JONES
                            Counsel for Raymond Brewer

Dated:  May 4, 2022         /s/ Joseph Barton
                            JOSEPH BARTON
                            Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00198-JLT-BAM |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE |
| v. | ORDER DEEMING CASE COMPLEX |
| RAYMOND HOLCOMB BREWER, | |
| Defendant. | |

The Status Conference scheduled for May 11, 2022, at 1:00 p.m., is continued until **September 14, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.** The period through September 14, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties have stipulated that this case should be deemed complex. A case may be declared complex under the Speedy Trial Act if certain factors are met. The factors of complexity of a case are number of defendants, nature of the prosecution, or novel questions of fact or law preclude adequate preparation within the time limits. 18 U.S.C. §3161(h)(7)(B)(ii).

Having considered the factors, the Court finds that the case satisfies the requirements of 18 U.S.C. §3161(h)(7)(B)(ii). Here, the Indictment charges the defendant with various charges arising from fraudulent conduct. As represented in prior proceedings, these offenses require the

production and evaluation of voluminous discovery and specifically voluminous electronic discovery, spanning many computer devices. Voluminous discovery has been identified by the government and will need to be produced to and evaluated by defense counsel. The volume of the data requires unique technological expertise to index, sort, and manipulate the data in a useable manner. Based on these factors, the Court finds it is unreasonable to expect adequate preparation for trial within the remaining speedy trial time limit in this matter, and concludes that the ends of justice are served by declaring this case complex under 18 U.S.C. § 3161(h)(7)(B)(ii). Accordingly, this Court finds that this case is DEEMED COMPLEX pursuant to 18 U.S.C. §3161(h)(7)(B)(ii).

IT IS SO ORDERED.

Dated:   **May 5, 2022**                         /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE