PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RAYMOND HOLCOMB BREWER, Defendant. | Case No. 1:20-cr-00198-JLT-BAM STIPULATION TO CONTINUE STATUS THE CONFERENCE; ORDER |

IT IS HEREBY STIPULATED that the Status Conference scheduled for January 25, 2023, at 1:00 p.m., may be continued until March 8, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The defendant's current counsel has been assigned to this complex case for less than one year. The government has produced discovery to defense counsel and the parties have met to review that evidence. On January 13, 2023, the government made a plea offer to the defendant. The plea offer expires on February 28, 2023. Defense counsel has further investigation to perform in this case. Therefore, the parties agree that time under the Speedy Trial Act shall be excluded through March 8, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties also agree that the ends of

justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated: January 17, 2023   */s/ Peter Jones*
PETER JONES
Counsel for Raymond Brewer

Dated: January 17, 2023   */s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00198-JLT-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RAYMOND HOLCOMB BREWER, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for January 25, 2023, at 1:00 p.m., is continued until **March 8, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through March 8, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **January 17, 2023**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE