PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND HOLCOMB BREWER<br><br>Defendant. | Case No. 1:20-cr-000198-JLT-BAM<br><br>STIPULATION TO SET CHANGE OF PLEA AND VACATE STATUS CONFERENCE; ORDER |

The parties have filed a plea agreement to resolve this case. Accordingly, IT IS HEREBY STIPULATED that the case can be set for a change of plea hearing before the Honorable Jennifer L. Thurston on February 27, 2023, at 10:00 a.m. The parties have confirmed this date with the Court. The status conference scheduled for March 8, 2023, can be vacated.

///

///

///

Time under the Speedy Trial Act has already been excluded through March 8, 2023. Therefore, there is no need for a further exclusion.

Dated: February 15, 2023

*/s/ Peter Jones*
PETER JONES
Counsel for Ray H. Brewer

Dated: February 15, 2023

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:20-cr-000198-JLT-BAM |
| Plaintiff, | ORDER |
| v. | |
| RAYMOND HOLCOMB BREWER | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, this case is set for a change of plea hearing on **February 27, 2023, at 10:00 a.m., before the Honorable Jennifer L. Thurston**. The status conference scheduled for March 8, 2023, is vacated. Time under the Speedy Trial Act has already been excluded through March 8, 2023.

IT IS SO ORDERED.

Dated: __**February 16, 2023**__   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

3