PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
ALYSON A. BERG
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND HOLCOMB BREWER,<br><br>Defendant. | CASE NO. 1:20-CR-00198-JLT-BAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between the United States of America and defendant Raymond Holcomb Brewer, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), defendant Raymond Holcomb Brewer's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Sale proceeds in the amount of $127,500.00 in lieu of the real property located at 804 East Worth Avenue, #B, Porterville, California, APN: 271-060-019-000; and

   b. Sale proceeds in the amount of $253,467.69 in lieu of the real property located at Lot 1 Mountain View Road, Sheridan, Montana, APN: 25-0506-13-1-01-05-0000.

2. The above-listed property constitutes property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343, and property, real or personal, involved in a violation of 18 U.S.C. § 1956(a)(1)(B)(i), or any property traceable to such property.

///

3.      Pursuant to the court's March 17, 2022, Order on the United States' *Ex Parte* Motion for the Deposit of Funds into the Court's Deposit Fund, the United States deposited a Fidelity National Title Company check in the amount of $127,500.00 with the Clerk of the Court on April 28, 2022; a First American Title Company check in the amount of $252,973.45 on June 8, 2022; and, a First American Title Company check in the amount of $494.24 on July 14, 2022.

4.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the Internal Revenue Service – Criminal Investigations, in their secure custody and control.

5.      The Clerk of the Court shall disburse the approximately $127,500.00 deposited on April 28, 2022, the $252,973.45 deposited on June 8, 2022, and the $494.24 deposited on July 14, 2022, plus any interest that has accrued on those amounts, to the Internal Revenue Service – Criminal Investigations, pending further order of the court.  The Clerk of the Court shall waive any and all service fees on the deposits which aggregate to $380,967.69.

6.      a.      Pursuant to 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.      This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

///

///

///

7. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **May 16, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE