**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorney for:     **Defendant, RAYMOND HOLCOM BREWER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>RAYMOND HOLCOMB BREWER,<br><br>Defendant(s). | Case No. 1:20-CR-00198 JLT BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF PETER M. JONES AS ATTORNEY OF RECORD AND ORDER** |

On October 29, 2020, Defendant Raymond Holcomb Brewer was indicted on federal charges. CJA Panel Attorney Peter M. Jones was appointed as trial counsel to represent Mr. Brewer on March 18, 2022, in his criminal case. Mr. Brewer was sentenced pursuant to a plea agreement on June 26, 2023. The time for filing a direct appeal was July 10, 2023. No direct appeal was filed. Mr. Brewer was in custody at sentencing. The trial phase of Mr. Brewer's criminal case has, therefore, come to an end. Having completed his representation of Mr. Brewer, CJA attorney, Peter M. Jones now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Brewer require further legal assistance, he has been advise to contact the Office of the Federal Defender for the Easter District of California by mail at 2300 Tulare Street, Suite 300,

///

///

///

Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

                                                                  Respectfully submitted,

Dated: August 16, 2023                    WANGER JONES HELSLEY PC

                                                       By: */s/ Peter M. Jones*
                                                            Peter M. Jones
                                                            Attorney for Defendant
                                                            RAYMOND HOLCOMB BREWER

**ORDER**

Having reviewed the Notice and found that attorney, Peter M. Jones, has completed the services for which he was appointed, the Court hereby grants attorney, Peter M. Jones' request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this Order on Defendant, Raymond Holcomb Brewer, at the following address and to update the docket to reflect Defendant's pro se status and contact information: Raymond Holcomb Brewer, I.D. # 14502-097, FCI Victorville Medium II, 13777 Air Expressway Blvd., Victorville, CA 92394.

IT IS SO ORDERED.

Dated: August 16, 2023

HON. JENNIFER L. THURSTON
United States District Judge