PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00198-JLT-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| RAYMOND HOLCOMB BREWER, | |
| Defendant. | |

On May 16, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Raymond Holcomb Brewer forfeiting to the United States the following property:

    a.   Sale proceeds in the amount of $127,500.00 in lieu of the real property located at 804 East Worth Avenue, #B, Porterville, California, APN: 271-060-019-000, plus all accrued interest, and

    b.   Sale proceeds in the amount of $253,467.69 in lieu of the real property located at Lot 1 Mountain View Road, Sheridan, Montana, APN: 25-0506-13-1-01-05-0000, plus all accrued interest.

Beginning on June 2, 2023, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to

adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the property:

    a.  Cynthia Ann Colldeweih:  A notice letter was sent via certified mail to Cynthia Colldeweih at 1846 N. Dearing Ave., Fresno, CA 93703 on July 28, 2023.  On August 10, 2023, the envelope was returned to the U.S. Attorney's Office marked as "return to sender, vacant, unable to forward."

    b.  Cynthia Ann Colldeweih:  A notice letter was sent via certified mail to Cynthia Colldeweih at 9101 Torino Way, Sacramento, CA 95829 on August 16, 2023.  On October 5, 2023, the envelope was returned to the U.S. Attorney's Office marked as "return to sender, insufficient address, unable to forward."

    c.  Cynthia Colldeweih:  A notice letter was sent via certified mail to Cynthia Colldeweih at 2 Kearney Ln Apt C, Sheridan, MT 59749 on November 15, 2023.  On December 15, 2023, the envelope was returned to the U.S. Attorney's Office marked as "return to sender, unclaimed, unable to forward."

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired. Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c), including all right, title, and interest of Raymond Holcomb Brewer and Cynthia Ann Colldeweih.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.    The Internal Revenue Service – Criminal Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **February 20, 2024**

UNITED STATES DISTRICT JUDGE