UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:20-CR-00198-1-JLT |
| ) | |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| RAYMOND HOLCOMB BREWER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him with respect to the retroactive application of the United States Sentencing Guidelines 2023 Amendments. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS** that Peter M. Jones be appointed to represent the above defendant effective *nunc pro tunc* to April 18, 2024, substituting the Federal Defenders Office appointed per G.O. 670. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **April 25, 2024**

UNITED STATES DISTRICT JUDGE